```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  ANN H. VORIS, Bar #100433
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  VICTOR MANUEL LOPEZ-ZAMBADA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VICTOR MANUEL LOPEZ-ZAMBADA, ) <br> ) <br> Defendant. ) <br> ) | NO. 1:08-cr-0006 LJO <br><br> STIPULATION TO CONTINUE CHANGE OF PLEA HEARING;  ORDER <br><br> Date:   June 20, 2008 <br> Time:  9:00 <br> Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the change of plea hearing in the above-captioned matter now set for May 23, 2008, **may be continued to June 20, 2008, at 9:00 A.M.**

This continuance is sought at the request of counsel for defendant as counsel has a prepaid vacation and for further case preparation prior to hearing and will conserve time and resources for both parties and the court.

///

///

////

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for effective defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: May 16, 2008                     By:   /s/ Ian Garriques
                                                IAN GARRIQUES
                                                Assistant United States Attorney
                                                Attorney for Plaintiff


                                                DANIEL J. BRODERICK
                                                Federal Defender


DATED: May 16, 2008                     By:   /s/ Ann H. Voris
                                                ANN H. VORIS
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                VICTOR MANUEL LOPEZ-ZAMBADA


## O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:    May 19, 2008**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE