```
DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VICTOR MANUEL LOPEZ-ZAMBADA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-0006 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | ) | |
| | ) | Date: September 5, 2008 |
| VICTOR MANUEL LOPEZ-ZAMBADA, | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Lawrence J. O'Neill |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for August 8, 2008, **may be continued to September 5, 2008, at 10:00 A.M.**

This continuance is sought at the request of counsel for defendant due to the unavailability of counsel and will conserve time and resources for both parties and the court.

///

///

////

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: August 5, 2008        By:  /s/ Ian Garriques
                                  IAN GARRIQUES
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

                                  DANIEL J. BRODERICK
                                  Federal Defender

DATED: August 5, 2008        By:  /s/ Ann H. Voris
                                  ANN H. VORIS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  VICTOR MANUEL LOPEZ-ZAMBADA

**O R D E R**

Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv). The request by stipulation is granted.

IT IS SO ORDERED.

**Dated:   August 5, 2008**           /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                  −2−